**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
MARCUS LEE, SB# 281886
  E-Mail: Marcus.Lee@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant, G4S SECURESOLUTIONS (USA), INC. (erroneously sued as G4S SECURE SOLUTIONS, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PARAS RAM, <br><br> Plaintiff, <br><br> vs. <br><br> G4S SECURE SOLUTIONS, INC. and DOES 1-25, inclusive, <br><br> Defendant. | CASE NO. 4:15-cv-02975-KAW <br><br> [*The Hon. Hon. Kandis A. Westmore*] <br><br> **[PROPOSED] ORDER OF DISMISSAL** <br><br> FSC Date: 5/19/2015 <br> Trial Date: None Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

After consideration of the parties' Joint Stipulation of Dismissal of Entire Action, with prejudice, signed by counsel for Plaintiff PARAS RAM, counsel for Defendant G4S SECURESOLUTIONS (USA), INC. (erroneously sued as G4S SECURE SOLUTIONS, INC.) and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** this matter be dismissed in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 4/9 ___, 2018

_____
The Honorable Kandis A. Westmore
UNITED STATES DISTRICT COURT
MAGISTRATE